

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § | No. 08-22-00016-CV |
| SPENCER HARRISON COTE and DAWN JANNISE COTE and | § | Appeal from the |
| | § | 85th Judicial District Court |
| IN THE INTERST OF K. G. C., a child. | § | of Brazos County, Texas |
| | § | (TC# 21-000669-CVD-85) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF MARCH, 2023.

SANDEE B. MARION, Chief Justice (Ret.)

Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)